ODESSA HAYWOOD V. THE STATE.

No. 21941. Delivered March 4, 1942.

The opinion states the case.

*E. B. Chambers* and *John H. Dittmar,* both of San Antonio, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was adjudged to be a delinquent child, and was committed to the Gainesville State School for Girls for an indeterminate term not to extend beyond the time she should become twenty-one years of age, on July 23, 1944.

From said judgment appellant gave notice of appeal.

No statement of facts or bills of exception are found in the record. We discover no irregularities in procedure which would impair the validity of the judgment.

The judgment is, therefore, affirmed.